UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ERIC J. WAGNER, )
        Plaintiff, )
)    **JUDGMENT IN A CIVIL CASE**
v. )
)    **CASE NO. 5:15-CV-464-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Accordingly, the court adopts the conclusions in the M&R [D.E. 35]. Plaintiffs motion for judgment on the pleadings [D.E. 28] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 32] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on July 28, 2016, and Copies To:**

Lawrence Wittenberg     (via CM/ECF Notice of Electronic Filing)

Wanda D. Mason     (via CM/ECF Notice of Electronic Filing)

DATE:     JULIE RICHARDS JOHNSTON, CLERK

July 28, 2016     (By) /s/ Nicole Briggeman
    Deputy Clerk