IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No.5:15-cv-00464-D

| | |
|---|---|
| ERIC WAGNER | ) |
| | ) |
| Plaintiff, | ) ORDER FOR ATTORNEY |
| v. | ) FEES UNDER THE EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| | ) PURSUANT TO 28 U.S.C. |
| | ) § 2412(D) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

It is ORDERED that Defendant pay to Plaintiff $4,679.50 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

SO ORDERED. This **25** day of August 2016.

JAMES C. DEVER III
Chief United States District Judge