UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ERIC WAGNER,                                  ) Plaintiff,      ) ) v.          ) ) CAROLYN W. COLVIN, Acting Commissioner ) of Social Security,       ) Defendant.     ) | **JUDGMENT IN A CIVIL CASE** **CASE NO. 5:15-CV-464-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,679.50 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on August 25, 2016, and Copies To:**

Lawrence Wittenberg                    (via CM/ECF Notice of Electronic Filing)

Wanda Mason                           (via CM/ECF Notice of Electronic Filing)

DATE:                                     JULIE RICHARDS JOHNSTON, CLERK

August 25, 2016                     (By) /s/ Nicole Briggeman

                                                    Deputy Clerk