UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ERIC J. WAGNER, )
)
        Plaintiff, )
) **JUDGMENT IN A CIVIL CASE**
v. )
) **CASE NO. 5:15-CV-464-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $10,513.75, and refund to Plaintiff the smaller award between this amount and the EAJA award.

**This Judgment Filed and Entered on June 23, 2017, and Copies To:**

Daniel R. Lauffer         (via CM/ECF electronic notification)

Wanda D. Mason         (via CM/ECF electronic notification)

DATE:         PETER A. MOORE, JR., CLERK
June 23, 2017         (By) /s/ Nicole Briggeman
        Deputy Clerk